UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KAYLE PILIEGO** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | |
| | * | SECTION "   " |
| **SHERIFF FOR THE PARISH OF ST. TAMMANY,** | * | |
| **CLINT M. KILIE, JOHN DUPUY and THE** | * | |
| **PARISH OF ST. TAMMANY, et al** | * | MAGISTRATE: |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

The complaint of KAYLE PILIEGO, a person of age and a resident of the Parish of Jefferson, State of Louisiana respectfully represents that:

**I.**

**JURISDICTION**

1. KAYLE PILIEGO was deprived of her civil rights as secured by the laws and constitution of the United States of America, including violation of 42 USC § 1983. This court has jurisdiction, over those state law claims, that are related to and/or arise from a common nucleus of operative facts described herein.

**II.**

**PARTIES**

Plaintiff, KAYLE PILIEGO, a person of the full age of majority residing and domiciled in the Parish of Jefferson, State of Louisiana,

1. a. Defendants, Deputies CLINT M. KILIE and JOHN DUPUY, persons of the full age of majority domiciled and residing in the Parish of St. Tammany, State of Louisiana sued in their individual capacities and in their official

     capacities as St. Tammany Parish police officers, employed by the St. Tammany Parish Sheriff's Office.

  b. Randy Smith, Sheriff for the Parish of St. Tammany, a municipally organized and existing police force under the laws of the State of Louisiana.

  c. Parish of St. Tammany, a governmental agency governing the Parish of St. Tammany, State of Louisiana.

### III

### FACTS

4. On or about June 14, 2020, Deputy Clint M. Kilie and John Dupuy appeared at the residence of Plaintiff, Kayle Piliego (PILIEGO) 121 Rucker Road, Mandeville, LA and served a protective order upon her. This took place at approximately 19:53 hours on that date.

5. Then on or about June 14, 2020 at approximately 19:58 hours on the same date (some 5 minutes later) PILIEGO was arrested for violating the protective order that was served on her 5 minutes earlier.

6. PILIEGO was arrested by the combined efforts of both deputies.

7. The arresting deputy approached her from the rear and without announcing his presence grabbed PILIEGO and handcuffed her.

8. Then the deputy began to grope PILIEGO and run his hands all over her body, including her genitals, until her male friend present at the scene yelled at the deputy to stop.

9. PILIEGO was then taken to jail.

10. PILIEGO was arrested for allegedly violating the protective order which was issued on June 12th, 2020 and served upon her 5 minutes before her arrest.

11. PILIEGO spent approximately 24 hours in jail until she could be released on bond

### IV.

**CAUSES OF ACTION**

11. The constitutional and civil rights of Kayle Piliego were violated, including her 4th Plaintiff s constitutional and civil rights were violated by the defendant deputies who conspired to and did violate plaintiffs' rights to be free from unreasonable searches and seizures and rights of due process when he submitted an arrest report based on false information and caused the false arrest and/or false imprisonment of plaintiff.

15. Defendant, Randy Smith, Sherriff of St. Tammany Parish, and the Parish of St. Tammany are responsible for the actions of Deputy, CLINT M. KILIE, JOHN DUPUY, violated plaintiff's civil rights through their failure to enforce objective reasonable policies and procedures, their failure to adequately supervise and train officers, and their deliberate indifference to society in general by condoning the unconstitutional actions of their subordinates.

**V.**

**STATE LAW CLAIM**

16. All pendant state law claims arising out of these facts set forth above are asserted by plaintiff herein.

**VI.**

**DAMAGES**

17. The defendants, through their acts of omission and/or commission, have caused plaintiffs damages in the following respects, or as may be shown at the trial of the cause, and including but not limited to:

   1. Past, present and future mental anguish and emotional distress.

   2. Punitive damages and/or attorney's fees under 42 USC § 1988.

   3. Those damages provided to them by federal or state law.

### VI.

### JURY TRIAL

18.  Plaintiffs request a trial by. jury.

### VII.

### PRAYER

**WHEREFORE,** plaintiff, KAYLE PILIEGO prays for judgment in their favor in all amounts that would satisfy plaintiff in general damages, plus an equal amount in punitive or exemplary damages, all special damages, attorney's fees under 42 USC §1988, et seq. and costs of these proceeding to which they may be entitled, and judicial interest from the date of demand, against the defendants herein, Deputies CLINT M. KILIE, JOHN DUPUY, Sherriff Randy Smith,  and the Parish of St. Tammany**,**  jointly severally and in solido, for trial by jury, and for all other general and equitable relief.

LAW OFFICE OF
MALCOLM B. ROBINSON, JR.

s/ Malcolm B Robinson Jr.
Malcolm B. Robinson, Jr.
3408 Clearview Parkway
Metairie, LA 70006
(504) 888-0622
Facsimile (504) 308-1322
Louisiana Bar Roll #11352

**PLEASE HOLD SERVICE:**

**CLINT M. KILIE**
**At His Place of Employment**
**St. Tammany Parish Sheriff's Office**
**701 N. Columbia Street**
**Covington, LA 70433**

**JOHN DUPUY**
**At His Place of Employment**
**St. Tammany Parish Sheriff's Office**
**701 N. Columbia Street**
**Covington, LA 70433**

**Randy Smith**
**Sheriff St. Tammany Parish**
**701 N. Columbia Street**
**Covington, LA 70433**


**St. Tammany Parish Government**
**Through Parish President**
**Mike Cooper**
**21490 Koop Drive**
**Mandeville, LA 70471**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KAYLE PILIEGO** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | |
| | * | SECTION " " |
| **SHERIFF FOR THE PARISH OF ST. TAMMANY,** | * | |
| **CLINT M. KILIE, JOHN DUPUY and THE** | * | |
| **PARISH OF ST. TAMMANY, et al** | * | MAGISTRATE: |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF VERIFICATION

STATE OF LOUISIANA

PARISH OF JEFFERSON

    BEFORE ME, the undersigned authority, personally came and appeared:

**KAYLE PILIEGO,**

who, after being sworn, did depose and state that the allegations of fact contained in the above and foregoing are true and correct.

                              **s/ Kayle Piliego**
                              **KAYLE PILIEGO**

Sworn To And Subscribed
Before Me This 11th Day
Of June 2021.
<u>s/Malcolm B. Robinson, Jr.</u>
Notary Public

Case 2:21-cv-01149-BWA-DPC Document 1 Filed 06/14/21 Page 7 of 7